Joseph M. DeFazio
TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 704-6341
Email: joseph.defazio@troutman.com

*Counsel for Defendants Nationstar Mortgage LLC
d/b/a RightPath Servicing and Community Loan Servicing, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MILAGROS GARMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No: 2:22-cv-05974-ES-JBC |
| | ) | |
| COMMUNITY LOAN SERVICING, | ) | Motion Date: January 3, 2023 |
| LLC; NATIONSTAR MORTGAGE, | ) | |
| LLC D/B/A RIGHTPATH SERVICING | ) | |
| | ) | |

## <u>DEFENDANTS' NOTICE OF MOTION TO DISMISS THE COMPLAINT</u>

**PLEASE TAKE NOTICE** that on **January 3, 2023**, or on a date and time to be set by the Court, Defendants Nationstar Mortgage LLC d/b/a RightPath Servicing ("Nationstar") and Community Loan Servicing, LLC Community Loan Servicing, LLC ("Community"), by and through their attorneys, Troutman Pepper Hamilton Sanders LLP, will move before the United States District Court for the District of New Jersey, at the Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order pursuant to Rule 12(b)(6) of the

Federal Rules of Civil Procedure dismissing the Plaintiff's Complaint with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, Nationstar and Community will rely upon the accompanying Memorandum of Law, and all other pleadings on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a Certification attesting to the date and manner of service is also submitted herewith.

Respectfully submitted,

*/s/ Joseph M. DeFazio*
Joseph M. DeFazio
TROUTMAN PEPPER HAMILTON
SANDERS LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 704-6341
Email:
joseph.defazio@troutman.com

*Counsel for Defendant Nationstar
Mortgage LLC d/b/a RightPath
Servicing and Community Loan
Servicing, LLC*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 2, 2022, this *Defendants' Notice of Motion for Motion to Dismiss Complaint* was electronically filed with the Clerk of Court using the CM/ECF electronic filing system, which will then send a notification of such filing to all parties of record.

    */s/ Joseph M. DeFazio*
Joseph M. DeFazio
TROUTMAN PEPPER HAMILTON
SANDERS LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 704-6341
Email:
joseph.defazio@troutman.com

*Counsel for Defendant Nationstar Mortgage LLC d/b/a RightPath Servicing and Community Loan Servicing, LLC*