**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MILAGROS GARMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No: 2:22-cv-05974-ES-JBC |
| | ) |
| COMMUNITY LOAN SERVICING, LLC; | ) |
| NATIONSTAR MORTGAGE, LLC D/B/A | ) |
| RIGHTPATH SERVICING | ) |
| | ) |
| Defendants. | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Nationstar Mortgage LLC d/b/a RightPath Servicing ("Nationstar") and Community Loan Servicing, LLC ("Community") (collectively "Defendants"), pursuant to Local Rule 101.1(c), by counsel, Joseph M. DeFazio, a member in good standing of the New Jersey State Bar, and in support of this motion for *pro hac vice* admission of John C. Lynch states as follows:

1.   John C. Lynch ("Mr. Lynch") is a partner with the law firm of Troutman Pepper Hamilton Sanders LLP ("Troutman Pepper"), with his office being located at:

> 222 Central Park Avenue, Suite 2000
> Virginia Beach, VA 23462

and telephone, facsimile, and email being:

> Telephone: (757) 687-7500
> Facsimile: (757) 687-7510
> Email: john.lynch@troutman.com

2.   Defendants have engaged and requested Mr. Lynch and Troutman Pepper to handle this matter and participate as co-lead counsel on behalf of both Nationstar and Community.

3.   A Certified Statement of John C. Lynch is included in this Motion.

## CERTIFIED STATEMENT OF JOHN C. LYNCH

I certify that I am admitted to practice before and remain in good standing with the courts in the following jurisdictions:

- District of Columbia Court of Appeals;
- U.S. Court of Appeals for the Eleventh Circuit;
- U.S. Court of Appeals for the Fourth Circuit;
- U.S. Court of Appeals for the Ninth Circuit;
- Virginia Supreme Court;
- U.S. District Court for the Eastern District of Virginia;
- U.S. District Court for the Western District of Virginia;
- U.S. Bankruptcy Court for the Eastern District of Virginia;
- U.S. Bankruptcy Court for the Western District of Virginia;
- West Virginia State Courts;
- U.S. District Court for the Northern District of West Virginia;
- U.S. District Court for the Southern District of West Virginia;
- U.S. Bankruptcy Court for the Northern District of West Virginia;
- U.S. Bankruptcy Court for the Southern District of West Virginia;
- Maryland State Courts;
- U.S. District Court for the District of Maryland;
- U.S. Bankruptcy Court for the District of Maryland;
- U.S. District Court for the Eastern District of Michigan;
- U.S. District Court for the Central District of Illinois;
- U.S. District Court for the Northern District of Illinois.

*See* Certificate of Good Standing issued by the Supreme Court of Virginia is attached as Exhibit 1.

I further certify that no disciplinary proceedings no disciplinary proceeding is pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

*/s/ John C. Lynch*
John C. Lynch

WHEREFORE, the undersigned respectfully requests that the admission *pro hac vice* of John C. Lynch be granted.

2

3

Dated:  January  12, 2023          By:     */s/ Joseph M. DeFazio*
                                                                           Joseph M. DeFazio
                                                                           TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 704-6341
Email: joseph.defazio@troutman.com

*Attorneys for Defendants Nationstar Mortgage LLC d/b/a RightPath Servicing and Community Loan Servicing, LLC*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2023, this *Motion to Appear Pro Hac Vice* was electronically filed with the Clerk of Court using the CM/ECF electronic filing system, which will then send a notification of such filing to all parties of record.

*/s/ Joseph M. DeFazio*
Joseph M. DeFazio
TROUTMAN PEPPER HAMILTON
SANDERS LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 704-6341
Email: joseph.defazio@troutman.com

*Attorneys for Defendants Nationstar
Mortgage LLC d/b/a RightPath Servicing
and Community Loan Servicing, LLC*