**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT ST. ROOM 2060
NEWARK, NJ 07102

August 22, 2023

**LETTER ORDER**

Re:   **Garmon v. Community Loan Servicing, LLC, et al.**
      **Civil Action No. 22-5974 (ES)**

Dear Counsel,

As discussed during the telephone conference held in this matter earlier today, the Court orders the following:

1) The parties' joint motion to stay discovery pending disposition of Defendants' motion to dismiss [Dkt. No. 26] is **GRANTED**.

2) The Court will conduct a telephone status conference with the parties on **October 23, 2023 at 11:30 AM**. Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

                                               s/ James B. Clark, III
                                               **JAMES B. CLARK, III**
                                               **United States Magistrate Judge**