**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

**(973) 776-7700**

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

December 18, 2023

**LETTER ORDER**

Re:  **Garmon v. Community Loan Servicing, LLC, et al.**
     **Civil Action No. 22-5974 (ES)**

Dear Counsel,

The telephone conference scheduled in this matter for **December 28, 2023 at 10:30 AM** is adjourned to **February 22, 2024 at 11:00 AM**.

**IT IS SO ORDERED.**

s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**
