**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

**(973) 776-7700**

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

April 8, 2024

**LETTER ORDER**

Re: **Garmon v. Community Loan Servicing, LLC, et al.**
    **Civil Action No. 22-5974 (ES)**

Dear Counsel,

The telephone conference scheduled in this matter for **April 11, 2024 at 10:00 AM** is adjourned to **June 26, 2024 at 11:00 AM**.

**IT IS SO ORDERED.**

_s/ James B. Clark, III_
**JAMES B. CLARK, III**
**United States Magistrate Judge**
