**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

June 6, 2024

## LETTER ORDER

Re:   **Garmon v. Community Loan Servicing, LLC, et al.**
      **Civil Action No. 22-5974 (ES)**

Dear Counsel,

The telephone conference scheduled in this matter for **June 26, 2024 at 11:00 AM** is adjourned to **August 22, 2024 at 10:30 AM**.

**IT IS SO ORDERED.**

                                            s/ James B. Clark, III
                                            **JAMES B. CLARK, III**
                                            **United States Magistrate Judge**