**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
**(973) 776-7700**

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

August 6, 2024

**LETTER ORDER**

Re:   **Garmon v. Community Loan Servicing, LLC, et al.**
          **Civil Action No. 22-5974 (ES)**

Dear Counsel,

The Court orders the following:

1) Fact discovery shall be completed by **October 31, 2024**.

2) The telephone conference scheduled in this matter for **August 22, 2024 at 10:30 AM** is adjourned to **October 9, 2024 at 10:30 AM**. Counsel for Plaintiff shall initiate the call. Prior to the call, the parties shall exchange settlement positions.

**IT IS SO ORDERED.**

                                                      s/ James B. Clark, III
                                                    **JAMES B. CLARK, III**
                                                    **United States Magistrate Judge**