September 6, 2024



Adam L. Deutsch, Esq.*
P.O. Box 60717
Longmeadow, MA 01116
Phone (413) 285-3646
Facsimile (413) 200-3305
www.northeastlawgroup.com
*Admitted in MA, NJ, NY

<u>Via ECF</u>
Honorable James B. Clark, III U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
MLK 2A
Newark, New Jersey 07101

RE:   Garmon et al v. Community Loan Servicing, LLC, et al.
      2:22-cv-05974

Dear Judge Clark,

On August 6, 2024, the Court rescheduled our upcoming status confernece from August 22 to October 9. [ECF Doc 44]. I have a scheduling conflict and will be on an airplane at the time of the October 9 conference. Counsel for Defendant has confirmed availability on October 10, 11, and the week of October 14. With the consent of Defense Counsel, I am requesting for the confrence to be moved to a new date.

Thank you for considering this request.

/s/ Adam Deutsch
Adam Deutsch, Esq.

*The telephone conference is adjourned to October 22, 2024 at 12:00 PM.

SO ORDERED
s/James B. Clark
James B. Clark, U.S.M.J.
Date: 9/9/2024