UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MILAGROS GARMON<br><br>Plaintiff,<br><br>vs.<br><br>COMMUNITY LOAN SERVICING, LLC; NATIONSTAR MORTGAGE, LLC D/B/A RIGHTPATH SERVICING<br><br>Defendants. | Civil Action No. 2:22-cv-5974<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

This matter having been amicably resolved by and between Plaintiff Milagros Garmon and Defendants Community Loan Servicing, LLC and Nationstar Mortgage, LLC d/b/a Rightpath Servicing, it is hereby stipulated and agreed that all counts and/or causes of action in the above-captioned matter be and hereby are dismissed, with prejudice, without attorney's fees and costs to either party.

Dated: March 17, 2025                                    Dated:  March 17, 2025

*/s/ Adam Deutsch*
Adam Deutsch, Esq.
Northeast Law Group, LLC
P.O. Box 60717
Longmeadow, MA 01116
413-285-3646
**Counsel for Plaintiff**

*/s/ Erin Edwards*
Erin Edwards, Esq.
Troutman Pepper Locke
111 S Wacker Drive STE 4100
Chicago, IL 60606
312-759-1665
**Counsel for Defendants**